382 A.2d 757

Commonwealth v. Tisdale, Appellant.

Submitted September 13, 1976. Gary F. DiVito, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.